UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **CHRIS SMITH,** | |
| **Petitioner,** | |
| v. | CAUSE NO. 1:22-CV-00086-HAB-SLC |
| **WARDEN,** *Westville Correctional Facility*, | |
| **Respondent.** | |

## ORDER

Chris Smith, a prisoner without a lawyer, filed this case in the Fort Wayne Division but raises claims based on events that occurred in the Westville Correctional Facility. That facility is located within the geographical boundaries of the South Bend Division. Pursuant to N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division.

SO ORDERED.

Entered this 17th day of March 2022.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge